**United States District Court**
**District of Minnesota**

| | |
|---|---|
| Galen Traylor, | Court file no. 11-cv-00763 (PAM/JSM) |
| Plaintiffs, | |
| v. | **Order of Dismissal With Prejudice** |
| CardWorks Servicing, LLC, a/k/a Card Service Center, a/k/a Card Services, Laura Doe, Sierra Doe, Keith Mitchell, and Does 3-10, | |
| Defendants. | |

The court having been advised that the above-entitled action has been resolved, **it is ordered** that the above-entitled action against Defendants shall be and hereby is **dismissed with prejudice**, without costs, disbursements, or attorney fees to any party.

**Let judgment be entered accordingly.**


Date:  May   25,   2011            s/Paul A. Magnuson
                                   Paul A. Magnuson, Judge
                                   United States District Court